# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-19-00473-CV

---

### Katrina J. ("Nina") Morris, Appellant

### v.

### Maansi Piparia, M.D.; April Schiemenz, M.D.; and
### Christina Sebestyen, M.D., P.A. d/b/a ObGyn North, Appellees

---

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-17-000374, THE HONORABLE TIM SULAK, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

Katrina J. ("Nina") Morris, seeking to invoke our jurisdiction to review an interlocutory order, has filed an unopposed petition for permissive appeal under Subsection 51.014(f) of the Texas Civil Practice and Remedies Code.[1] Accompanying Morris's petition is an order from the trial court that satisfies Subsection (d). The trial court's order identifies two controlling questions of law as to which there is a substantial ground for difference of opinion

---

[1] *See* Tex. Civ. Prac. & Rem. Code § 51.014(f) ("An appellate court may accept an appeal permitted by Subsection (d) if the appealing party, not later than the 15th day after the date the trial court signs the order to be appealed, files in the court of appeals having appellate jurisdiction over the action an application for interlocutory appeal explaining why an appeal is warranted under Subsection (d)."); *see also id.* § 51.014(d) ("[A] trial court in a civil action may, by written order, permit an appeal from an order that is not otherwise appealable if: (1) the order to be appealed involves a controlling question of law as to which there is a substantial ground for difference of opinion; and (2) an immediate appeal from the order may materially advance the ultimate termination of the litigation."); Tex. R. App. P. 28.3 (implementing rule).

and finds that an immediate appeal of the controlling questions of law identified in the order would materially advance the ultimate termination of the litigation. *See* Tex. Civ. Prac. & Rem. Code § 51.014(d).

We conclude that the appeal is warranted, and we accept it. *See id.* § 51.014(f). The appeal will proceed under the rules governing accelerated appeals, and notice of appeal is deemed to have been filed as of the date of this order. *See id.*; Tex. R. App. P. 28.3(k).

It is ordered on September 3, 2020.

Before Chief Justice Rose, Justices Baker and Kelly